**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE:<br><br>GARRETT LEVI RICHARDSON<br>AKA GARRETT L. RICHARDSON<br><br>　Debtor | Case No. 09-33853-KRH<br>Chapter 7<br><br>Motion No. |
| THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENT II INC. BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THOROUGH CERTIFICATES SERIES 2006-1<br>2780 Lake Vista Drive<br>Lewisville, TX 75067-3884<br><br>　Movant<br>v.<br><br>GARRETT LEVI RICHARDSON<br>aka Garrett L. Richardson<br>4179 Chatham Drive<br>King George, VA 22485<br><br>and<br><br>KEITH PHILLIPS<br>CHAPTER 7 TRUSTEE<br>311 South Boulevard<br>Richmond, VA 23220<br><br>　Respondents | |

DIANE ROSENBERG
VA BAR 35237

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000

FILE NUMBER: 16561

**CONSENT ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

Page 1

Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, the parties having reached an agreement and good cause having been shown, it is by the United States Bankruptcy Court for the Eastern District of Virginia

ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable The Bank of New York Mellon Formerly Known as The Bank of New York as Successor Trustee to JPMorgan Chase Bank, National Association as Trustee for The Certificatholders of Structured Asset Mortgage Investment II Inc. Bear Stearns ALT-A Trust, Mortgage Pass-Thorough Certificates Series 2006-1, its successors and/or assigns, to proceed with the foreclosure sale against the real property and improvements with a legal description of Lot 22, Section 1, Chatham Village, also known as 4179 Chatham Drive, King George, VA 22485, and that the successful purchaser thereof may take all lawful actions to obtain possession of same; and be it further

ORDERED that the ten (10) day stay of Rule 4001(a)(3) be, and it is hereby, waived and the terms of this Order are immediately enforceable; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362(a) be, and it hereby, shall not be reimposed as to the Debtors' interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

_____
United States Bankruptcy Judge

Entered on docket:_____

Respectfully Submitted:

/s/ Mark D. Meyer
Mark D. Meyer, #74290
Rosenberg & Associates, LLC
7910 Woodmont Avenue, Suite 750
Bethesda, Maryland 20814

Seen and Consented to:

/s/ Keith Phillips
Keith Phillips, Trustee


/s/ Steven H. Greenfeld
Steven H. Greenfeld, Esquire


Local Rule 9022-1(C) Certification

Diane Rosenberg
VA Bar 35237

Rosenberg & Associates, LLC
7910 Woodmont Avenue
Suite 750
Bethesda, Maryland 20814
301-907-8000

File Number: 16561

The foregoing order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Mark D. Meyer
Mark D. Meyer

Diane Rosenberg
VA Bar 35237

Rosenberg & Associates, LLC
7910 Woodmont Avenue
Suite 750
Bethesda, Maryland 20814
301-907-8000

File Number: 16561

**PARTIES TO RECEIVE COPIES:**

Mark D. Meyer
Rosenberg & Associates, LLC
7910 Woodmont Avenue, Suite 750
Bethesda, Maryland 20814

Garrett Levi Richardson
aka Garrett L. Richardson
4179 Chatham Drive
King George, VA 22485

Keith Phillips, Trustee
311 South Boulevard
Richmond, VA 23220

Steven H. Greenfeld, Esquire
Cohen Baldinger & Greenfeld LLC
7910 Woodmont Ave
Suite 760
Bethesda, MD 20814

DIANE ROSENBERG
VA BAR 35237

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000

FILE NUMBER: 16561