UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In RE: )
)
GARRETT LEVI RICHARDSON )
) Case No. 09-33853-KRH
) Chapter 7
Debtors. )

## NOTICE TO ADDITIONAL CREDITORS REGARDING AMENDMENT

PURSUANT TO BANKRUPTCY RULE 1009, NOTICE IS HEREBY GIVEN that an amendment to the above-captioned Debtor's schedules have been filed listing you as a creditor.

SMECO
Attn: Accounts Receivable
4415 Crain Highway
Waldorf, MD 20601

Pursuant to Local Rule 21, you have the right to file a Proof of Claim within ninety (90) days of service of this notice or within the time set for the filing of Proofs of Claim by creditors previously scheduled, whichever is later.

Pursuant to Local Rule 21, you have the right to file a complaint under 11 U.S.C. Sections 523 and 727 and objections to the debtor's exemptions within sixty (60) days of service of this notice as required by this Rule or within the time set for the filing of such complaints or objections by creditors previously scheduled, whichever is later.

Respectfully submitted,

COHEN, BALDINGER & GREENFELD, LLC

　/s/Steven H. Greenfeld
Steven H. Greenfeld, Esq. #30332
7910 Woodmont Avenue, Suite 1103
Bethesda, MD 20814
Counsel for Debtor(s)

1

CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of December, 2009, a copy of the foregoing Notice to Additional Creditors Regarding Amendment and the Notice of Commencement was mailed via first-class mail, postage prepaid, or served electronically via the CM/ECF to each party affected by the amendment as shown as follows:

SMECO
Attn: Accounts Receivable
4415 Crain Highway
Waldorf, MD 20601

Keith L. Phillips
311 South Boulevard
Richmond, VA 23220

/s/Steven H. Greenfeld
Steven H. Greenfeld